**UNITED STATES of America, Plaintiff—Appellee,**

v.

**James Preston FRYE, a/k/a Jamie Frye, Defendant—Appellant.**

**No. 08–6730.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2009.

Decided: April 3, 2009.

James Preston Frye, Appellant Pro Se. Brian Ronald Hood, Assistant United

States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Preston Frye appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Frye,* No. 3:01–cr–00167–JRS–1 (E.D.Va. Apr. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*